## Commonwealth *v.* Adams, Appellant.

Argued September 16, 1971. *John*

*W. Packel,* Assistant Defender, with him *Vincent J. Ziccardi,* Defender, for appellant; *Judith Dean,* Assistant District Attorney, with her *Milton M. Stein,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.